UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIDHARTHA DATTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, Director, U.S. Citizenship and Immigration Services, et al., <br><br> Defendants. | CASE NO. 2:22-cv-1302-JHC <br><br> ORDER |

This matter comes before the Court on the parties' status report. Dkt. # 29. On September 8, 2023, the Court stayed this case pending further appellate action, directing the parties to file a status report by June 14, 2024. *See* Dkt. # 21. In their status report, the parties state that Plaintiffs' petition for certiorari to the United States Supreme Court is pending. Dkt. # 29 at 1–2. The parties agree that this case should continue to be stayed either until the Supreme Court denies the pending petition for certiorari, or if the petition is granted, until a decision is issued. *Id.* at 2. They "propose that they submit a status report within 14 days of either occurrence." *Id.*

The Court agrees. In determining whether to stay a case, "the competing interests which will be affected by the granting or refusal to grant a stay must be weighed." *Lockyer v. Mirant*

ORDER - 1

*Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005) (citing *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).  Those interests include: (1) "the possible damage which may result from the granting of a stay," (2) "the hardship or inequity which a party may suffer in being required to go forward," and (3) "the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay."  *Id.*  Here, the Court determines that these factors weigh in favor of extending the stay in this case.

Thus, the Court hereby STAYS this case until the Supreme Court resolves Plaintiffs' appeal of this Court's denial of their motion for a TRO.  *See* Dkt. # 10.  The Court also DIRECTS the parties to submit a status report within 14 days of said resolution.

Dated this 28th day of June, 2024.

John H. Chun
United States District Judge

ORDER - 2