UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIDHARTHA DATTA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, Director, U.S. Citizenship and Immigration Services, et al.,<br><br>Defendants. | CASE NO. 2:22-cv-1302-JHC<br><br>ORDER |

This matter comes before the Court on the parties' status report. Dkt. # 32. On June 28, 2024, the Court stayed this case until the Supreme Court resolves plaintiffs' appeal of this Court's denial of their motion for a TRO. Dkt. # 30. On October 7, 2024, the Supreme Court denied plaintiffs' petition for a writ of certiorari. Dkt. # 31.

The Court GRANTS the parties' request that the stay in this matter be lifted. The Court will rule on the fully briefed motion to dismiss (Dkt. # 14) in due course. The Clerk is directed to re-note the motion to dismiss (Dkt. # 14) for November 8, 2024.

/

/

ORDER - 1

Dated this 25th day of October.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 2